United States District Court
Southern District of Texas
**ENTERED**
October 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RHEAVIA RODGERS,** | |
| **Plaintiff,** | |
| v. | C.A. NO. 4:24-cv-00032 |
| **YOLONDA WALL, individually; KIMBERLY ELLISON, individually; OMAR REID, individually; JAMIE LARD, individually; and UNKNOWN DECISIONMAKERS REGARDING GRIEVANCE, individually,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## FIRST AMENDED SCHEDULING ORDER

1. __2/03/2025__   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. __03/03/2025__   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. __04/17/2025__   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. __07/10/2025__   **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

| | | |
|---|---|---|
| 4. | 08/01/2025 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may <u>not</u> be changed by agreement. |
| | | **JOINT PRETRIAL ORDER** |
| 5a. | 10/24/2025 | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. | 11/07/2025 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | 11/21/2025 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | 12/1/2025 | **TRIAL** is set at 9:00 a.m. in Courtroom 9A.<br>Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on September 30, 2024, at Houston, Texas.

Alfred H. Bennett
United States District Judge