United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RHEAVIA RODGERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-00032 |
| | § | |
| HARRIS COUNTY HOSPITAL | § | |
| DISTRICT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Peter Bray's Memorandum and Recommendation filed on February 27, 2026 (Doc. #36) and Plaintiff's Objections (Doc. #37). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed Plaintiff's arguments and the applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, Defendants' Motion for Summary Judgment (Doc. #27) is hereby GRANTED. Plaintiff's First Amendment Retaliation claim is DISMISSED WITH PREJUDICE.

It is so ORDERED.

**MAR 3 1 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge